UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAESAR DEPACO,

    Plaintiff,

vs.                                                  Case No.   3:22-cv-1394-MMH-MCR

SOCIEDADE INDEPENDENTE DE
COMUNICACAO S.A., et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte. The Corrected Complaint in this action was filed on January 20, 2023. Upon review of the Court docket, it appears that Plaintiff has failed to effect proper service upon Defendants within the 90 days allowed by Federal Rule of Civil Procedure 4(m) or to seek an extension of time in which to do so. Accordingly, it is

**ORDERED:**

Plaintiff is directed to show cause by a written response filed on or before **June 21, 2023**, why the claims raised against Defendants should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

Plaintiff is cautioned that failure to respond to a Court order may result in dismissal of this action without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of June, 2023.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties