# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CAESAR DEPACO,

    Plaintiff,

vs.

    Case No. 3:22-cv-1394-RKE-MCR

SOCIEDADE INDEPENDENTE DE
COMUNICACAO S.A., et al.,

    Defendants.

_____/

## ORDER

On May 24, 2024, the Court held oral argument on Defendants' Motion to Dismiss Corrected Complaint, Doc. 32, during which the Parties addressed the issue of whether there is subject matter jurisdiction based on diversity.

During oral argument, Plaintiff's counsel conceded that Plaintiff is not a citizen of the United States. Defense counsel argued that Plaintiff's lack of citizenship in the United States precludes the Court from exercising diversity jurisdiction because every Defendant is a citizen of Portugal.

The Court finds it appropriate to permit the Parties to file additional briefing on the question of citizenship as it relates to diversity jurisdiction. Should the Parties choose to file additional briefing, they must address the Eleventh Circuit's decision in *Cavalieri v. Avior Airlines C.A.*, 25 F.4th 843 (11th

Cir. 2022), specifically, whether or not diversity jurisdiction is available to a plaintiff when the plaintiff is not a citizen of the United States and each of the defendants is not a citizen of the United States.

Accordingly, it is hereby

**ORDERED:**

1. The Parties may submit additional briefing to address the issue of Plaintiff's citizenship as it relates to diversity jurisdiction, in accordance with the Court's directions above.

2. Such additional briefing may not exceed five (5) pages, and must be submitted on or before Friday, June 14, 2024.

_____
**RICHARD K. EATON**
U.S.D.J., by designation

Dated: May 28, 2024
       Jacksonville, FL

Copies to:

Counsel of Record

2