# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CAESAR DEPACO,

    Plaintiff,

vs.

                            Case No. 3:22-cv-1394-RKE-MCR

SOCIEDADE INDEPENDENTE DE
COMUNICACAO S.A., et al.,

    Defendants.

_____/

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i). Doc. 67. Federal Rule of Civil Procedure 41(a) permits a plaintiff to voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review of the docket, the Court notes that Defendants have not served an answer or a motion for summary judgment.

Accordingly, it is hereby

**ORDERED:**

1. The case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**SO ORDERED**.

_____
**RICHARD K. EATON**
U.S.D.J., by designation

Dated: June 24, 2024
         Jacksonville, FL

Copies to:

Counsel of Record